2024R00898/AD

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | : | |
| v. | : | Mag. No. 24-9319 |
| | : | |
| OSWALDO DOMINGO XIL-ARGUETA | : | **CRIMINAL COMPLAINT** |
| | : | |

I, David Chrzanowski, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Deportation Officer with United States Immigration and Customs Enforcement, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

by phone
_____
David Chrzanowski
Deportation Officer
Enforcement and Removal
Operations, U.S. Immigration and
Customs Enforcement

Deportation Officer David Chrzanowski attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this _____ day of November 2024.

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

s/Cathy L. Waldor 11/25/24
_____
Signature of Judicial Officer

2024R00898/AD

## ATTACHMENT A
### (Illegal Reentry)

On a date on or after May 19, 2012, and on or before July 5, 2021, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

## OSWALDO DOMINGO XIL-ARGUETA,

being an alien who was deported and removed and having departed from the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security of the United States or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about July 5, 2021, was found in, the United States.

In violation of Title 8, United States Code, Section 1326(a).

**ATTACHMENT B**

I, David Chrzanowski, am a Deportation Officer in the Enforcement and Removal Operations unit of U.S. Immigration and Customs Enforcement.  The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including immigration records and other documents.  Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation.  Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      The defendant, OSWALDO XIL-ARGUETA ("XIL-ARGUETA"), is a citizen of Guatemala and is not a citizen of the United States.

2.      On or about May 19, 2012, XIL-ARGUETA was arrested by the United States Border Patrol in Texas, after unlawfully entering the United States.

3.      On or about May 19, 2012, a Border Patrol agent found XIL-ARGUETA inadmissible and thus removable under Section 212(a)(7)(A)(i)(I) and 235(b)(1) of the Immigration and Nationality Act (the "2012 Removal Order").

4.      On or about June 14, 2012, XIL-ARGUETA was removed from the United States to Guatemala (the "2012 Removal").  Shortly before his removal, on or about June 14, 2012, an official from the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), took a fingerprint from XIL-ARGUETA.

5.      Following the 2012 Removal, XIL-ARGUETA re-entered the United States without permission on an unknown date and was found in the United States on or about April 8, 2021.  Specifically, on or about April 8, 2021, XIL-ARGUETA was arrested by officers with the Union City Police Department in Hudson County, New Jersey and charged with Simple Assault in violation of N.J.S.A. 2C:12-1A(1) and Terroristic Threats in violation of N.J.S.A. 2C:12-3B (the "April 2021 Arrest").

6.      On or about June 9, 2021, XIL-ARGUETA was arrested again by officers with the Union City Police Department and charged with Arson in violation of N.J.S.A. 2C:17-1B(2) and Criminal Mischief in violation of N.J.S.A. 2C:17-3A(1) (the "June 2021 Arrest").

7.      On or about July 5, 2021, XIL-ARGUETA was arrested again by officers with the Union City Police Department and charged with Aggravated Arson in violation of N.J.S.A. 2C:17-1A(2), Criminal Mischief in violation of

N.J.S.A. 2C:17-3A(1), and Burglary in violation of N.J.S.A. 2C:18-2A(1)   (the "July 2021 Arrest").

8.      XIL-ARGUETA was convicted of Arson and Aggravated Arson related to the June and July, 2021 arrests and on January 28, 2022, was sentenced to an aggregate term of four years' imprisonment in the Superior Court of New Jersey, Hudson County.

9.      On or about March 28, 2024, an ICE deportation officer encountered XIL-ARGUETA at the Northern State Prison.

10.     A fingerprint analysis performed after the July 2021 Arrest revealed that XIL-ARGUETA is the same individual who was removed from the United States to Guatemala in 2012, as set forth in paragraph 4 above.

11.     Neither the Secretary of Homeland Security nor the Attorney General of the United States expressly consented to XIL-ARGUETA'S re-application for admission to the United States prior to his re-embarkation at a place outside the United States, or to his re-entry into the United States.  XIL-ARGUETA also did not receive a waiver allowing him to re-enter the United States.